UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 08-20704-CIV-GRAHAM

JOHNNIE MACK OWENS,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Petitioner's Motion for a certificate of appealability [D.E. 27] and Petitioner's Motion to Correct Error [D.E. 29].

**THE MATTER** was referred to United States Magistrate Judge Patrick A. White. Judge White issued a Report and Recommendation [D.E. 34], recommending that the respective motions be denied. The time for objections has expired and Petitioner has filed no objection.

**THE COURT** has considered the Motions and has conducted an independent review of the file. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 34] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Petitioner's Motion for a certificate of appealability [D.E. 27] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion to Correct Error [D.E. 29] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of April, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Patrick A. White
     Johnnie Mack Owens, Pro Se
     Counsel of Record